IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION** | **Case No. 3:21-md-3004-NJR** |
| **This Document Relates to:** *J.W. Thomas v. Syngenta AG et al* 3:21-pq-00674-NJR | MDL No. 3004 |

### SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby gives notice and suggests upon the record the death of Plaintiff J.W. Thomas on January 2, 2024. *See* Exhibit A, Obituary of J.W. Thomas. A motion for substitution of the proper party will be filed in accordance with Rule 25(a)(1).

Dated: March 21, 2024                    Respectfully submitted,

                             /s/ LaRuby May
                            LaRuby May
                            Sarah Shoemake Doles
                            Alyson M. Petrick
                            **LEVIN PAPANTONIO RAFFERTY**
                            **PROCTOR BUCHANAN O'BRIEN**
                            **BARR & MOUGEY, P.A.**
                            316 South Baylen Street, Suite 600
                            Pensacola, FL 32502
                            Phone: (850) 435-7084
                            Fax:    (850) 436-6084
                            *lmay@levinlaw.com*
                            *sdoles@levinlaw.com*
                            *apetrick@levinlaw.com*

                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2024, I electronically filed the above with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

>/s/*LaRuby May*
>LaRuby May